IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | ) ) ) ) | 2:12-cv-01884-GEB-KJN |
| Plaintiff, | ) ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) |
| v. | ) ) | CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |
| CITY OF REDDING, a municipality, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Plaintiff's Status Report filed October 15, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 29, 2012, is continued to January 14, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant City of Redding with process within the 120 day period prescribed in that Rule may result in this action being dismissed. To avoid dismissal, on or before November 16, 2012, Plaintiff shall file proof of service or a sufficient

explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  October 23, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge