IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING  )
PROTECTION ALLIANCE, a   )   2:12-cv-01884-GEB-KJN
non-profit corporation,  )
                         )
         Plaintiff,      )   <u>ORDER CONTINUING STATUS</u>
                         )   <u>(PRETRIAL SCHEDULING)</u>
    v.                   )   <u>CONFERENCE</u>
                         )
CITY OF REDDING, a municipality, )
                         )
         Defendant.      )
_____ )

        Defendant states in the Joint Status Report filed December 28, 2012 ("JSR") that it "anticipates filing a motion to dismiss pursuant to Federal Rule 12(b)(1) of the Federal Rules of Civil Procedure[,]" and requests "the Court . . . refrain from setting any discovery and/or trial related deadlines until the Court hears and rules upon [that] soon expected [motion]." (JSR 7:25-27, 8:9-10.) However, Defendant does not indicate in the JSR a date by which it expects to file the referenced motion. Such information is necessary for the Court to properly schedule this action.

        Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on January 14, 2013, is continued to January 28, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the

parties are required to provide a proposed briefing schedule concerning the Rule 12(b)(1) dismissal motion Defendant references.

    IT IS SO ORDERED.

Dated:  January 9, 2013

                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge