IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING )
PROTECTION ALLIANCE, a ) 2:12-cv-01884-GEB-KJN
non-profit corporation, )
 )
 Plaintiff, ) STATUS (PRETRIAL SCHEDULING)
 ) ORDER
 v. )
 )
CITY OF REDDING, a municipality, )
 )
 Defendant. )
_____ )

The status (pretrial scheduling) conference scheduled for January 28, 2013, is vacated since the parties' Third Joint Status Report filed on January 14, 2013 ("JSR"), indicates that the following Order should issue.

SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

MOTION HEARING SCHEDULE

Defendant states in the JSR that it "anticipates filing a motion to dismiss pursuant to Federal Rule 12(b)(1) of the Federal Rules of Civil Procedure[,]" and proposes a briefing schedule for the referenced motion. (JSR 8:12-21.) Defendant also requests in the JSR that "the Court . . . refrain from setting any discovery and/or trial related deadlines until the Court hears and rules upon [that] soon

1

expected [motion]." (JSR 7:27-8:1.) Defendant's proposed briefing schedule on the referenced motion is adopted, as modified, as follows:

Defendant's dismissal motion shall be filed on or before March 1, 2013;

Plaintiff's opposition shall be filed on or before March 22, 2013;

Defendant's reply shall be filed on or before April 1, 2013; and

The hearing on the motion shall be noticed for April 22, 2013, at 9:00 a.m.

### FURTHER STATUS CONFERENCE

A further status conference is scheduled to commence at 9:00 a.m. on June 10, 2013. A further joint status report shall be filed fourteen (14) days before the status conference, in which the parties shall address all pertinent subjects set forth in Local Rule 240(a).

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2