1

2

3

4                   IN THE UNITED STATES DISTRICT COURT

5              FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7    CALIFORNIA SPORTFISHING          )
     PROTECTION ALLIANCE, a           )    2:12-cv-01884-GEB-KJN
8    non-profit corporation,          )
                                      )
9                   Plaintiff,        )    STATUS (PRETRIAL SCHEDULING)
                                      )    ORDER
10              v.                    )
                                      )
11   CITY OF REDDING, a municipality, )
                                      )
12              Defendant.            )
     _____)

13

14         The status (pretrial scheduling) conference scheduled for

15   January 28, 2013, is vacated since the parties' Third Joint Status

16   Report filed on January 14, 2013 ("JSR"), indicates that the following

17   Order should issue.

18           SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

19         No further service, joinder of parties, or amendments to

20   pleadings is permitted, except with leave of Court for good cause shown.

21                      MOTION HEARING SCHEDULE

22         Defendant states in the JSR that it "anticipates filing a

23   motion to dismiss pursuant to Federal Rule 12(b)(1) of the Federal Rules

24   of Civil Procedure[,]" and proposes a briefing schedule for the

25   referenced motion. (JSR 8:12-21.) Defendant also requests in the JSR

26   that "the Court . . . refrain from setting any discovery and/or trial

27   related deadlines until the Court hears and rules upon [that] soon

28

                                   1

1  expected [motion]." (JSR 7:27-8:1.) Defendant's proposed briefing

2  schedule on the referenced motion is adopted, as modified, as follows:

3           Defendant's dismissal motion shall be filed on or before March

4  1, 2013;

5           Plaintiff's opposition shall be filed on or before March 22,

6  2013;

7           Defendant's reply shall be filed on or before April 1, 2013;

8  and

9           The hearing on the motion shall be noticed for April 22, 2013,

10 at 9:00 a.m.

11                         FURTHER STATUS CONFERENCE

12           A further status conference is scheduled to commence at 9:00

13 a.m. on June 10, 2013.  A further joint status report shall be filed

14 fourteen (14) days before the status conference, in which the parties

15 shall address all pertinent subjects set forth in Local Rule 240(a).

16 Dated:  January 23, 2013

17

18 _____
   GARLAND E. BURRELL, JR.

19 Senior United States District Judge

20

21

22

23

24

25

26

27

28