Layne Friedrich (Bar No. 195431)
  E-mail: layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
  E-mail: drev@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

Michael Lozeau (Bar No. 142893)
  E-mail: michael@lozeaudrury.com
Douglas Chermak (Bar No. 233382)
  E-mail: doug@lozeaudrury.com
LOZEAU | DRURY LLP
410 12th Street, Suite 250
Oakland, California 94607
Telephone: (510) 836-4200
Facsimile: (510) 836-4205

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>CITY OF REDDING, a municipality,<br><br>           Defendant. | Case No.: 2:12-cv-01884-GEB-KJN<br><br>**ORDER TO VACATE STATUS CONFERENCE**<br><br>Honorable Judge Garland E. Burrell, Jr. |

# [PROPOSED] ORDER

The Status (Pretrial Scheduling) Conference currently scheduled for August 19, 2013 at 9:00 a.m. and all other associated deadlines are hereby vacated.

**IT IS SO ORDERED.**

**Date:** 7/9/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge