UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | No. 2:12-cv-01884-KJM-KJN |
| Plaintiff, | ORDER |
| v. | |
| CITY OF REDDING, a municipality, | |
| Defendant. | |

On July 9, 2013, the court approved a proposed consent decree "constitut[ing] a full and final settlement of this matter." Consent Decree 11, ECF No. 22. On January 8, 2016, this case was reassigned to the undersigned. ECF No. 24. The parties are hereby ordered to show cause within seven days of the date this order is filed why this case should not be closed.

IT IS SO ORDERED.

DATED: January 13, 2016.

UNITED STATES DISTRICT JUDGE

1