UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING,<br><br>Defendant. | No. 2:12-cv-01884-KJM-KJN<br><br>ORDER |

On July 9, 2013, the judge previously assigned to this matter approved a proposed consent decree, which provided for final settlement of the case. ECF No. 22. Under the terms of the consent decree, the court retained jurisdiction over the parties to enforce its terms if necessary, and the decree expired June 28, 2016. ECF No. 20 at 5–6. On January 14, 2016, after the case was reassigned to the undersigned, the undersigned ordered the parties to show cause why the case should not be closed. ECF No. 26. Plaintiff California Sportfishing Protection Alliance (CSPA) responded on January 21, 2016, and requested the court not close the case until defendant City of Redding satisfied its obligations under the consent decree and the consent decree expired. ECF No. 27. at 1.

The consent decree has now expired. The parties are now ORDERED TO SHOW CAUSE within seven days why this case should not be closed.

1

IT IS SO ORDERED.

DATED: June 30, 2016

_____
UNITED STATES DISTRICT JUDGE